UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JULIO FIGUEROA,

                               **Plaintiff,**

               v.                                                         9:13-CV-48
                                                                                   (FJS/ATB)

MS. HOLMES, Registered Nurse, Upstate Correctional
Facility; MS. N. SMITH, Nurse Administrator, Upstate
Correctional Facility; and MR. PARMER, Nurse
Practitioner, Upstate Correctional Facility;

                               **Defendants.**

_____

**APPEARANCES**                                          **OF COUNSEL**

**JULIO FIGUEROA**
**05-A-4469**
Upstate Correctional Facility
P. O. Box 2001
Malone, New York 12953
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**                **CHARLES J. QUACKENBUSH, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Baxter's September 20, 2013 Report-Recommendation, in which he recommended that this Court grant Defendants' motion to dismiss for failure to state a claim with regard to Plaintiff's retaliation claims and deny their motion with with respect to Plaintiff's claim that Defendants were deliberately indifferent to his serious medical needs. *See* Dkt. 25 at 12. Plaintiff filed a letter dated October 2, 2013, stating that he

does not object to the September 20, 2013 Report-Recommendation. *See* Dkt. 26. Defendants did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's September 20, 2013 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's September 20, 2013 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion to dismiss is **GRANTED** with respect to Plaintiff's retaliation claims and **DENIED** with respect to Plaintiff's claim that Defendants were deliberately indifferent to his serious medical needs; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Baxter for all further pretrial matters; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: October 18, 2013
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge